# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUKHJIT BAINS, | : | |
|    Petitioner | : | No. 3:21-cv-00353 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| HERMAN QUAY, Warden of LSCI-Allenwood, | : | |
| | : | |
|    Respondent | : | |

## ORDER

Before the Court is the October 27, 2021 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 37), recommending that the Court deny without prejudice Petitioner Sukhjit Bains ("Petitioner")'s petition for immediate release from federal custody (Doc. No. 1) pursuant to 28 U.S.C. § 2241. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 16th day of November 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the October 27, 2021 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 37);

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania